| Filer's Name, Address, Phone, Fax, Email: | | |
|---|---|---|
| Raymond C. Cho<br>1188 Bishop Street, Suite 3408<br>Honolulu, HI 96813<br>Tel. (808) 545-4600<br>Fax. (808) 545-4601<br>Email.  rcho@affinitylaw.com | <br>UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF HAWAII<br>1132 Bishop Street, Suite 250<br>Honolulu, Hawaii 96813 | |

hib_3015-2b1  (12/09)

| *Debtor Name:* Semico D. Miller | SSN (last 4 digits): | Case No.: |
|---|---|---|
| *Address:* 5229 Iroquois Ave. Apt. A, Ewa Beach, Hawaii 96706 | 7579 | **16-01066** |
| *Jt Debtor Name:* (if any)<br>*Address* (if not same as above): | SSN (last 4 digits): | Chapter 13 |

| **DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN;**<br>**NOTICE OF HEARING**<br><br>**Courtroom – 1132 Bishop Street, Honolulu, Hawaii** | *Hearing Date:* May 30, 2017<br>*Time*:  9:30 a.m.<br><br>*Objections due:* May 23, 2017 |
|---|---|

| **MOTION** |
|---|
| The undersigned hereby moves under 11 U.S.C. § 1329(a) for modification of the plan previously confirmed in this case.  The specific changes are described on page 2 for the reasons stated on page 3.  **All terms of the confirmed plan, including those of any plan motions regarding the valuation of collateral and the avoidance of liens, remain in effect <u>except</u> for the specific changes described in the attached pages.** |

| **NOTICE** |
|---|
| **NOTICE IS HEREBY GIVEN that this motion is scheduled to be heard on the date and time noted above.**<br><br><u>**Your rights may be affected.**</u>  You should read the motion or application and the accompanying papers carefully and discuss them with your attorney if you have one in this bankruptcy case or proceeding.  (If you do not have an attorney, you may wish to consult one.)<br><br>If you do not want the court to grant the motion, or if you want the court to consider your views, then you or your attorney must file a statement explaining your position **not later than 7 days before the hearing date**.  Responses must be filed with the court at:  **United States Bankruptcy Court, District of Hawaii, Suite 250, Honolulu, HI 96813**, and sent to the moving party at the address in the upper left corner of this document.<br><br>If you mail your response to the court for filing, you must mail it early enough so the court will **receive** it on or before the deadline stated above.<br><br>If you or your attorney do not take these steps, the court may decide that you do not oppose the motion and may cancel the hearing and grant the motion to modify the plan without further notice.  The provisions of the modified plan will bind the debtor(s) and each creditor. |

| PROPOSED MODIFICATION – PLAN PAYMENTS AND DURATION | | | |
|---|---|---|---|
| | Monthly Payment Amount | Duration (months) | Projected Total Distribution upon Plan Completion* |
| Current Plan | See Exhibit "A" | 60 | $ ___50,000.00___ |
| **Proposed Modification** starting __TBD_____ date | See Exhibit "A" | 60 | $ ___36,000.00___ |
| *Not including any contributions from tax refunds. | | Net Increase / (Decrease) in Projected Total Distribution: | $ ___(14,000.00)___ |
| Further details (*e.g., plan being extended 6 months due to missed payments*): Plan payments have been modified because Debtor was able to modify her loan with Senior Mortgagee for the property, located at 9001 S. 78th Street, Hickory Hills, IL 60457. | | | |

| PROPOSED MODIFICATION – TREATMENT OF CLASS OR SPECIFIC CLAIM | |
|---|---|
| Current Plan | See Exhibit "B" |
| **Proposed Treatment** | See Exhibit "B" |

| PROPOSED MODIFICATION – OTHER |
|---|
| Description: See Exhibit "A" |

| MEMORANDUM |
|---|
| [*State relevant facts and legal arguments in support of the modification(s) being proposed – attach additional pages as necessary.*] |
| |

/s/ Semico Miller_____   /s/_____
    Debtor / Attorney                                         Joint Debtor / Attorney

    Dated: 05/01/2017_____      Dated: _____

# EXHIBIT "A" to DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN

| PROPOSED MODIFICATION – TREATMENT OF CLASS OR SPECIFIC CLAIM | |
|---|---|
| Current Plan | 11/07/2016 - 08/07/2017 - $700.00/month (10 months) = $7,000.00<br>09/07/2017 - 10/07/2021 - $860.00/month (50 months) = $43,000.00<br>_____<br>TOTAL CHAPTER 13 PLAN PAYMENTS - $50,000.00 |
| Proposed Modification | 11/07/2016 - 10/07/2021 - $600.00/month = $36,000.00<br>_____<br>TOTAL CHAPTER 13 PLAN PAYMENTS - $36,000.00 |

# EXHIBIT "B" to DEBTOR'S MOTION TO MODIFY CONFIRMED PLAN

| PROPOSED MODIFICATION – TREATMENT OF CLASS OR SPECIFIC CLAIM | |
|---|---|
| Current Plan | (1) Administrative Expenses         -   $ 9,760.00<br>(2) Class 1 Secured Claims           -   $ 20,000.00<br>(3) Class 5 Unsecured Priority Claim -   $ 17,928.79<br>(4) Unsecured Creditors              -   $ 2,311.21<br>_____<br>TOTAL Chapter 13 Plan Payments       -   $ 50,000.00 |
| Proposed Treatment | (1) Administrative Expenses         -   $ 9,760.00<br>(2) Class 5 Unsecured Priority Claim -   $ 18,072.00<br>(3) Unsecured Creditors              -   $ 8,168.00<br>_____<br>TOTAL Chapter 13 Plan Payments       -   $ 36,000.00 |