Howard M.S. Hu, Chapter 13 Trustee
1132 Bishop Street, Suite 301
Honolulu, HI 96813
Phone: (808) 526-3083  Fax: (808) 531-8844
email: chapt13hi@aol.com

hib_3015-3tr (3/2013)



**UNITED STATES BANKRUPTCY COURT
DISTRICT OF HAWAII
1132 Bishop Street, Suite 250
Honolulu, Hawaii 96813**

*Debtor(s):* **Semico D Miller**

Chapter 13   Case No. **16-01066**
Plan - Docket No.   **27**

## TRUSTEE'S OBJECTION TO CHAPTER 13 PLAN

Trustee objects to confirmation of the proposed plan because:

- Debtor has failed to comply with the debtor's duties.

The Debtor has failed to submit complete copies of his 2015 and 2016 tax returns and the tax refunds, if any, received for those years.

### CERTIFICATE OF SERVICE

Trustee also certifies that a copy of this objection was served on the Office of the United States Trustee and the persons below by the court's electronic transmission facilities (ECF) or first class mail.

Dated:  May 23, 2017

/s/ Howard M.S. Hu, Chapter 13 Trustee

Debtor(s)
Semico D Miller
5229 Iroguois Ave. Apt. A
Ewa Beach, HI 96706

Attorney for Debtor(s)
Raymond C. Cho, Esq.
(ECF)